[No. 25135-0-I.  Division One.  September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT GASKILL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01703-9, Sharon S. Armstrong, J., entered October 17, 1989. *Dismissed* by unpublished per curiam opinion.

[Nos. 28159-3-I; 28450-9-I.  Division One.  September 30, 1991.]

*In the Matter of the Personal Restraint of* JOHN EDWARD KAZMIERCZAK, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 26837-6-I.  Division One.  September 30, 1991.]

GAIL GUNDERSON, *Appellant*, v. NATIONAL MERIT INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-10529-6, Robert H. Alsdorf, J., entered July 31, 1990. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 26696-9-I.  Division One.  September 30, 1991.]

*In the Matter of the Personal Restraint of* TODD VANDERVLUGT, *Petitioner.*

Petition for relief from personal restraint. *Vacated* by unpublished per curiam opinion.